```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOURABH KUMAR,                                              :
                                  Plaintiff,                :
                                                            :       21 Civ. 2171 (LGS)
            -against-                                       :
                                                            :            ORDER
XL FLEET CORP., ET AL.,                                     :
                                                            :
                                  Defendants.               :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 7, 2021, multiple movants filed motions to consolidate the above-captioned case with *Suh v. XL Fleet Corp., et al.*, No. 21 Civ. 2002, and to appoint lead plaintiff(s) in *Suh v. XL Fleet Corp., et al*.  It is hereby

ORDERED that any party seeking to respond to the motions shall file a response by **May 21, 2021**.  Any party seeking to be appointed as lead plaintiff shall specify the losses they sustained under the last-in, first-out method of calculation in their response.  It is further

ORDERED that a telephonic conference shall be held on **June 3, 2021, at 10:50 a.m**.  The conference will take place on the **conference line 888-363-4749 using access code 5583333**.  The purpose of the conference is to decide whether to consolidate the related cases, to appoint lead counsel and to set a date for the filing of any consolidated complaint.

Dated: May 10, 2021
       New York, New York

_____
          LORNA G. SCHOFIELD
          UNITED STATES DISTRICT JUDGE